[No. 9076–7–II.  Division Two.  December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
T. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–1–00042–4, Paula Casey, J., entered July 17, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 8682–4–II.  Division Two.  December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
C. LORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–1–00176–6, John W. Schumacher, J., entered April 8, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 8292–6–II.  Division Two.  December 22, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
JOSEPH DAUGHERTY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–1–00265–2, James D. Roper, J., entered November 27, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[Nos. 7897–0–II; 7901–1–II.  Division Two.  December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
WILLIAM KIMBELL, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Clark County, No. 83–1–00725–9, J. Dean Morgan, J., entered June 8, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.